# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SANDRA WAGGONER                                                                                    PLAINTIFF

v.                                    Case No. 4:18-cv-00204 KGB

JAMES RIVER INSURANCE COMPANY                                                           DEFENDANT

## ORDER

Before the Court is the parties' stipulation for dismissal with prejudice (Dkt. No. 13). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation for dismissal with prejudice (Dkt. No. 13). The action is dismissed with prejudice, and each party will bear its own costs and fees. The Court removes this case from the trial calendar.

So ordered this 4th day of February, 2019.

_____
Kristine G. Baker
United States District Judge